AMES et al. v. McMILLAN.

(Supreme Court, Appellate Term. June 13, 1900.)

APPEAL—QUESTIONS OF FACT—REVIEW.
     A finding of fact made by the trial court will not be disturbed on appeal unless it is obviously and indisputably contrary to the weight of the evidence.

Appeal from municipal court, borough of Manhattan.

Action by Caleb T. Ames and others against Samuel McMillan. From a judgment in favor of defendant, plaintiffs appeal. Affirmed.

Argued before BEEKMAN, P. J., and GIEGERICH and O'GORMAN, JJ.

W. H. Knox, for appellants.

Whalen & Duffy, for respondent.

PER CURIAM. The only question involved in this appeal is one of fact, which has been resolved by the trial court in favor of the defendant. We are asked to reverse on the ground that the evidence preponderated in favor of the appellants; but under a long line of decisions in the court of common pleas, as well as in this court, such a condition must be obvious and indisputable to justify the appellate court in taking such action,—a situation which does not at all exist in the case at bar. The judgment must, therefore, be affirmed.

Judgment affirmed, with costs.